Justin RAND, Plaintiff–Appellant,

v.

HOFFMANN–LaROCHE INC., Roche Laboratories, Inc., F. Hoffmann–LaRoche Ltd., Roche Holding Ltd., Defendants–Appellees.

Caleb Robert McClain, Kathleen L. McClain–Rosario, Plaintiffs–Appellants,

v.

Hoffmann–LaRoche Inc., Roche Laboratories, Inc., Defendants–Appellees.

---

Kenneth Locke, et al., Plaintiffs,

Mary E. Farr, Beth Parker, as Administrator of the Estate of Kenneth Locke, Deceased, James Studensky, U.S. Trustee for the bankruptcy estate of Lacy and Brian Fechner, Plaintiffs–Appellants,

v.

Hoffmann–LaRoche Inc., Roche Laboratories, Inc., F. Hoffmann–LaRoche Ltd., Roche Holding Ltd., Defendants–Appellees.

Keith Hubbard, et al., Plaintiffs,

Kenneth Cannady, Plaintiff–Appellant,

v.

Hoffmann–LaRoche Inc., Roche Laboratories, Inc., F. Hoffmann–LaRoche Ltd., Roche Holding Ltd., Defendants–Appellees.

Garrett Stephens, et al., Plaintiffs,

Diane Reed, Trustee for the Estate of Andrew Dean Messick, Plaintiff–Appellant,

v.

Hoffmann–LaRoche Inc., Roche Laboratories, Inc., F. Hoffmann–LaRoche Ltd., Defendants–Appellees.

Darrell W. Temple, Plaintiff–Appellant,

v.

Hoffmann–LaRoche Inc., Roche Laboratories, Inc., Roche Holding Ltd., Defendants–Appellees.

Jared Stevens, Plaintiff–Appellant,

v.

Hoffmann–LaRoche Inc., Roche Laboratories, Inc., F. Hoffmann–LaRoche Ltd., Roche Holding Ltd., Defendants–Appellees.

Richard Pecher, Plaintiff–Appellant,

v.

Hoffmann–LaRoche Inc., d.b.a. Roche Pharmaceuticals, Defendant–Appellee.

Britt Marie Wright, Plaintiff–Appellant,

v.

Hoffmann–LaRoche Inc., Roche Laboratories, Inc., F. Hoffmann–LaRoche Ltd., Roche Holding Ltd., Defendants–Appellees.

Nos. 07–13883 to 07–13891
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 26, 2008.

Michael D. Hook, Hook & Bolton, P.A., Pensacola, FL, J. Nixon Daniel, III, Mary Jane Bass, Beggs & Lane, Pensacola, FL, for Plaintiff–Appellant.

Paul W. Schmidt, Covington & Burling LLP, Washington, DC, Edward A. Moss, Law Offices of Shook, Hardy & Bacon L.L.P., Miami, FL, Michael X. Imbroscio, Washington, DC, for Defendants–Appellees.

Before WILSON and PRYOR, Circuit

Judges, and MIDDLEBROOKS,* District Judge.

PER CURIAM:

Several plaintiffs, whose product-liability claims against Hoffman–LaRoche, Inc., were consolidated, appeal the summary judgment in favor of Hoffman–LaRoche that was based on a ruling by the district court that their causation evidence was inadmissible. *See In re Accutane Prods. Liab.,* 511 F.Supp.2d 1288 (M.D.Fla.2007). We have considered the briefs, the relevant parts of the record, and the well-reasoned opinion by the district court and conclude that the district court did not abuse its discretion by excluding the evidence and properly granted summary judgment.

**AFFIRMED.**